UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                      :
AMTRUST NORTH AMERICA, INC. et                        :
al.,                                                  :
                                                      :
                        Plaintiffs,    :          20-cv-3528 (VSB)
                                                      :
            -against-                  :          **ORDER**
                                                      :
MEMBER INSURANCE AGENCY, INC.,         :
                                                      :
                        Defendant.     :
--------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 9/15/2021 |

VERNON S. BRODERICK, United States District Judge:

     In light of my recent endorsement rescheduling discovery in this action to be completed

by March 18, 2022, (Doc. 27), the conference previously scheduled for September 23, 2021 at

11:00 am is hereby rescheduled for April 1, 2022 at 3:00 p.m.

SO ORDERED.

Dated:  September 15, 2021
     New York, New York

                           Vernon S. Broderick
                           United States District Judge