UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                    :

AMTRUST NORTH AMERICA, INC. and     :
WESCO INSURANCE COMPANY,         :
                                    :

                     Plaintiff,     :             20-CV-3528 (VSB)
                                    :

                 -against-     :               **ORDER**
                                    :

MEMBER INSURANCE AGENCY, INC.,   :
                                    :

                 Defendant.   :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

      On June 17, 2022, I granted the parties' request to adjourn the post-discovery conference

scheduled in this matter in light of further depositions to be taken, and I ordered that, "[b]y June

27, 2022, the parties must a proposed fourth amended case management plan using the template

available on my webpage on the Court's website." (Doc. 34.) That deadline has passed.

However, the parties have not filed either of the documents called for by my prior order.

Accordingly, it is hereby

      ORDERED that by July 7, 2022, the parties must file the document called for by my June

27, 2022 order. Failure to do so will result in dismissal of this action pursuant to Federal Rule of

Civil Procedure 41(b).

SO ORDERED.

Dated:     June 29, 2022
          New York, New York

                                     _____
                                      VERNON S. BRODERICK
                                      United States District Judge