UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
AMTRUST NORTH AMERICA, INC. and WESCO    :    20cv3528 (DLC)
INSURANCE CO.,                           :
                                         :    ORDER OF
                         Plaintiffs,     :    DISCONTINUANCE
              -v-                        :
                                         :
MEMBER INSURANCE AGENCY, INC.            :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

   It having been reported to this Court that this case has been settled, it is hereby

   ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **December 4, 2022**.  If no such application is made by that date, today's dismissal of the action is with prejudice.  See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         November 3, 2022

                                      _____
                                           DENISE COTE
                                      United States District Judge